UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:25-cv-00055-KKC

BILLY GAVIN FUGATE and
MARTHA SIZEMORE                                                                          PLAINTIFFS

V.

CITY OF HAZARD dba HAZARD POLICE DEPARTMENT,
DARREN WILLIAMS, in his official and individual capacity, and
TYLER PIGMAN, in his official capacity                                                   DEFENDANTS

## JOINT MOTION TO DISMISS

Come the Plaintiffs and the City of Hazard dba Hazard Police Department, Darren Williams in his official capacity only, and Tyler Pigman in his official capacity, pursuant to Rule 41 and other applicable law, and jointly move the court to dismiss plaintiffs' claims against these defendants, with prejudice, on the grounds that a settlement has been reached among the moving parties.

Further, the Plaintiffs and the City of Hazard dba Hazard Police Department, Darren Williams in his official capacity only, and Tyler Pigman in his official capacity, also move to dismiss Plaintiffs' claims against defendant DARREN WILLIAMS in his individual capacity, with prejudice. DARREN WILLIAMS individually was not part of the above-mentioned settlement but the Plaintiffs agree to dismiss all claims made herein against him, with prejudice.

WHEREFORE, movants pray for an order dismissing all claims made in this lawsuit, with prejudice.

                                                        BRIDGET L. DUNAWAY
                                                        Tooms, Dunaway & Webster, PLLC
                                                        1306 West Fifth Street, Suite 100
                                                        P. O. Box 905
                                                        London, KY  40743-0905
                                                        Telephone:  606-864-4145
                                                        Facsimile:   606-878-5547
                                                        Email: bdunaway@toomsdunaway.com

> **/s/ Bridget L. Dunaway**
> *Counsel for Defendants CITY OF HAZARD dba HAZARD POLICE DEPARTMENT DARREN WILLIAMS, in his official capacity, and TYLER PIGMAN, in his official capacity*

And

> **/s/ Rex Kilburn**
> Joshua S. Harp and Rex Kilburn
> Baughman Harp, PLLC
> 401 West Main Street, Suite 1
> Frankfort, KY 40601
> 502-227-2271
> Email: rex@harplawoffice.com
> *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of December, 2025, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

> **/s/ Bridget L. Dunaway**
> *Counsel for Defendants CITY OF HAZARD dba HAZARD POLICE DEPARTMENT DARREN WILLIAMS, in his official capacity, and TYLER PIGMAN, in his official capacity*